UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

15JF
No Fee / IFP
#4

Plantiff

ARTEMUS DAWSON-ND6251-Pro-Se        Complaint

Vs.        Civil Action No.
3:21-CV-177

Defendants   MR. LATTENER- QMF of Paint Crew

MS. PEASE- Medical P.A.

DR. NIEGI M.D.

MS. TERRIE SECHRENGOSTREA,

-Medical Supervisor

SCI HOUTZDALE Medical and Maintenance staff

RECEIVED
OCT - 6 2021
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

JURISDICTION & VENUE

**1.** This is a civil action authorized by 42 USC. Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The courts has jurisdiction under 28 U.S.C. Section 1331 and 1348 (A) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rule of Civil Procedure.

**2.** WESTERN DISTRICT is the appropriate venue under 28 U.S.C. Section 1591 (b) (2) because it is where the events giving rise to this claim occured.

**3.** Plaintiff Artemus Dawson ND6251, is and at all times mentioned herein a prisoner of the state of Pennsylvania in the custody of the SCI Houtzdale

Department of Corrections. He is currently confined in SCI Houtzdale PA 16698.

**4.** Defendant Lattener of SCI Houtzdale Corrections Department is the custodian maintenance formen of the paint department and crew, (CMF). He is legally responsible for the overall operation of the departments paint crew at SCI Houtzdale where Artemus Dawson ND6251 is confined.

**5.** Defendant Ms. Pease of SCI Houtzdale Corrections Department is the physician assistance, (PA) at (SCI Houtzdale Medical Department), and she is responsible for the health and welfare of all inmates in SCI Houtzdale.

**6.** Defendant Doctor Niegi, of SCI Houtzdale Corrections Department is the Physician at (SCI Houtzdale Medical Department) and he is responsible for the health and welfare of every inmate at SCI Houtzdale.

**7.** Defendant Terrie Sechrengostrea of SCI Houtzdale Corrections Department is the Medical Supervisor and is soley responsible for the overall operations of the day to day matters of all inmates health and welfare at SCI Houtzdale.

**8.** Each defendant is sued individually and in his (or her) official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

**9.** Defendants of SCI Houtzdale is and was at all times herein relevant as municipal corportation of the State of Pennsylvania.

**10.** This action arises under and is brought pursuant to 42 U.S.C. Section 1983 to

remedy the deprivation, under color state law, of rights guaranteed by Eigth and Fourteenth Amendments to the United States Constitution. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331 and 1343.

**11.** Plaintiff's claims for injunctive relief is authorized by Rule 65 of the Federal Rule of Civil Procedure.

**12.** This cause of action arose in the Third District of Pennsylvania. Therefore, venue is proper under 28 U.S.C. Section 1391 (b).

**13** Plaintiff has filed no other lawsuits dealing with the same facts involved in this action or otherwise related or relating to his inprisonment in this institution.

## FACTS

**1.** During early September of 2019 I put in a sick call slip for a rash, that I had got from sanding mold off the ceiling of F Block Housing Unit during inspection time, In which the institution had to bring the facility up to code for inspection. And I was assigned to the paint crew under CMF Lattener, who had given me the order to sand the mold, but he did not provide me a suit that would protect me from the fungus or mold spores from the dust of the sanding, nor did he report the rash to medical after I showed it to him in early May or June, he just ignored it. Which was a violation of inmate Dawson's health and safety and deliberate indifference to his medical needs, health and safety.

**2.** When I put the sick call slip in, during September 2019 I was seen by Ms. Pease the me P.A. at that time who I had explained to her what the problem was and she said that she would give me something for it when she came to see me in the RHU. So then she left for about an hour and returned with a tub of hydrocortisone and told me to use is twice a day, once in the morning and once at night and the next morning The next day I woke up and had these big red spots all over my arms and body, which had become infected from the hydrocortisone cream that I was told to put on the rash which in turned int oan infection. Which was a violation of Mr. Dawson's health and safety, and all so deliberate indifference to his medical needs when he had explained to her what the problem was.

3. Plaintif Mr. Dawson had blood drawing on Oct. 25, 2019 and on Oct. 30, 2019 he put in a sick call slip to find out what kind of infection he had and it was positive for mold, and on April 7, 2020 He sent a request to medical for a copy of the report and the supervisor Ms Sechrengostrea who was sitting in the examining room where He was to be seen with Ms.Tease the P.A mysteriously his electronic medical file would not show up for some reason. That's when Suprervisor Ms Terrie Sechrengosterea denied that there was any infection or that there was anything wrong with plaintiff and no wrong medications were given to plaintiff and that was on April 10, 2020. Exhibit-(A) is a copy of the request slip that Ms.Terrie the supervisor of medical denied that there was an infection and that I was *Not* given hydrocortisone for the rash.

4. Lymph nodes May be found at many places along the lymphatic vessels. They look like bumps and have dimentions from 1/25 to 1 inch (1 to 25 millimeters). The term node comes from the latin word module, meaning knot; and vessels. The nodes are bunched together in certain areas and especially in the neck and arm pits, above the groin and near various organs and large blood vessels. And those are the exact places that lymph nodes began appearing. Infection caused by bacteria virus, or other microorganisms that invade some parts of the body causing infections.

5. Doctor Niegi also continued to order medications that had nothing to do with the problem. Mr. Dawson was facing a deliberate indifferance to the matters of his infection as he also denied the fact of Lymph Nodes from the infection and began saying it was cancer after it was explained to him by the plaintiff what had happend, never once did he do anything for wringworms or fungus cream for the rash which the plaintiff still has both wringworms and the rash as welll as enlarged lymphnodes.

## Statement of Facts

**A.** Defendent Lattener exercised deliberate indifference to plaintiff's health and safety by failing to protect him from Bio hazzardous materials without proper protection.

**B.** Defendent Ms. Pease exercised deliberate indifference to plaintiff's health by failing to provide adequate medical care to him, after given information on plaintiff's problems (and what the rash was from).

**C.** Defendent Doctor Niegi exercised deliberate indifference to plaintiff's health by intentionally ignoring the fact that the lump found was enlarged lymp nodes caused from fighting the mold infection.

**D.** Defendent Terri Sechrengestrea medical supervisor exercised deliberate indifference to plaintiff's health by intentionally denying there was any infection also, leaving very important information out of the plaintiff's medical file when plaintiff was transported to the hospital for a biopsy, (that plaintiff had an anurism).

**E.** Due to the exercising of deliberate indifference and the inadiquate way multiple medical staff members handled, this matter has causeed the plaintiff to lose sight in his right eye, still maintains a rash as well as the infection with enlarged lymph nodes.

**F.** Due to the exercising of deliberate indifference, We are requesting the courts to issue an order for copies of sick call slips filed from August 2019 to October 2019.

## Prayer for Relief

1. Plaintiff Mr. Artemus Dawson ND6251 requests an order declaring that the defendants have acted in violation of the United States Constitution.

2. Plaintiff requests to have each of the defendants mentioned in this civil act removed from their jobs before someone else is hurt by their deliberate indifferent actions during treatment of others that come in contact with them during their medical proffession.

3. Plaintiff requests for punitive damages in the amount of $500,000 from each defendant as well as an additional $500,000 from any problems that may arise from their deliberate indifference to the plaintiff later on in his life.

4. Plaintiff request $500,000 compensation for damages.

signes this __2__ day of __October__, 20 __21__

Plaintiff Artemus Dawson ND6251

I declare under penalty of perjury that the forgoing is true and correct.

*Artemus Dawson ND6251*

_____

plaintiff's signature