IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTEMUS DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:21-cv-177 |
| ) | Judge Stephanie L. Haines |
| MR. LATTENER, *et al.*, ) | Magistrate Judge Keith A. Pesto |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This is a civil rights case brought under 42 U.S.C. § 1983 by Artemus Dawson ("Plaintiff") relating to the conditions of his confinement at SCI-Houtzdale. This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On August 30, 2022, Judge Pesto filed a Report and Recommendation ("R&R") recommending that Plaintiff's amended complaint be served upon Defendant Lattener, but dismissed as to all other named defendants, without leave to amend, for failure to state a claim upon which relief can be granted as to those other named defendants [Doc. 16]. Plaintiff was advised that he had fourteen days to file written objections to the R&R, *see* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2, and a copy of the R&R was mailed to Plaintiff at SCI-Houtzdale. However, the R&R was returned to the Court as undeliverable with the notification that Plaintiff died in June 2022. As a result, Judge Pesto filed a second Report and Recommendation [Doc. 17] withdrawing the first R&R and recommending that Plaintiff's amended complaint be dismissed in toto *without* prejudice, on the ground that a legal representative of Plaintiff's estate should not be hampered from pursuing any potential claim on Plaintiff's behalf in the future based on Plaintiff's *pro se* efforts in this matter.

1

Upon review of the record and the Report and Recommendation under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of the Magistrate Judge in this matter.

Accordingly, the following order is entered:

## **ORDER OF COURT**

AND NOW, this 12th day of September, 2022, for the reasons set forth in Magistrate Judge Pesto's second Report and Recommendation [Doc. 17], which is adopted in whole as the opinion of the Court, IT IS ORDERED that this action hereby is **dismissed without prejudice**. The Clerk of Court shall mark this matter closed.

Stephanie L. Haines
United States District Judge